VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
P.O. Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
ROGELIO CENICEROS-FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1::23-MJ-00055-SKO |
|---|---|
| *Plaintiff,* | STIPULATION TO ADVANCE DETENTION HEARING; ORDER |
| vs. | |
| ROGELIO CENICEROS-FLORES | |
| Defendant | DATE:  May 24, 2023<br>TIME:   2:00 p.m.<br>JUDGE: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by the parties to this action through their respective counsel that the detention hearing previously scheduled for May 26, 2023 may be advanced to May 24, 2023.  The defendant is not being interviewed at this time so the hearing may proceed based on the existing non-interview report by Pretrial Services.

IT IS SO STIPULATED.

1 | Dated: May 22, 2023    /s/ Victor M. Chavez
2 |                        VICTOR M. CHAVEZ
                           Attorney for Defendant
3 |                        Roberto Soria Cuevas

5 | Dated: May 22, 2023     /s/ Antonio J. Pataca
6 |                        ANTONIO J. PATACA
                           Assistant United States Attorney
7 |                        Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

**Dated:**  5/23/2023

*Sheila K. Oberto*
**UNITED STATES MAGISTRATE JUDGE**