PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00107-JLT-SKO |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ROGELIO CENICEROS FLORES, | |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for trial on March 25, 2025.

2. By this stipulation, defendants now move to vacate the trial and set a change of plea for February 18, 2025. Time has already been excluded through March 25, 2025.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 28, 2025

PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: January 28, 2025

/s/ VICTOR M. CHAVEZ
VICTOR M. CHAVEZ
Counsel for Defendant
ROGELIO CENICEROS FLORES

**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **January 28, 2025**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE