VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
Post Office Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
ROGELIO CENICEROS FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-CR-00107-JLT-SKO |
|---|---|
| *Plaintiff,* | **REQUEST TO TERMINATE CJA APPOINTMENT OF VICTOR M. CHAVEZ AS ATTORNEY OF RECORD; ORDER** |
| vs. | |
| ROGELIO CENICEROS FLORES | |
| *Defendant.* | |

On May 18, 2023 a criminal complaint was filed in this case. CJA Panel Attorney, Victor M. Chavez was appointed to represent Mr. Ceniceros Flores on May 23, 2023, nunc pro tunc to May 18, 2023. Mr. Ceniceros Flores entered a guilty plea pursuant to a plea agreement on February 18, 2025. He was sentenced on May 14, 2025. The time for filing a direct appeal expired on June 4, 2025 and no appeal was filed. Mr.Ceniceros Flores was in custody at the time of sentencing. The trial phase of Mr. Ceniceros Flores' criminal case has ended. Having completed his representation of Mr.Ceniceros Flores, CJA attorney Victor M. Chavez now requests that the court terminate his appointment under the Criminal Justice Act.

Should Mr. Ceniceros Flores require further representation in the district court he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA. 93721, or by phone at (559) 824-6293 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment

of counsel to assist him.

Respectfully submitted,

Dated: June 12, , 2025           /s/Victor M. Chavez
                                 **VICTOR M. CHAVEZ**
                                 Attorney for Defendant
                                 ROGELIO CENICEROS FLORES

ORDER

The Court finds that attorney Victor M. Chavez has completed the services for which he was appointed and hereby terminates his CJA Appointment as attorney of record in this case. Should defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant at the following address and to update the docket to reflect Defendant's pro se status and contact information: Rogelio Ceniceros Flores, Reg. No. 59915-510, Central Valley Annex, 254 Taylor Ave., McFarland, Ca. 93250.

IT IS SO ORDERED.

Dated: June 12, 2025

_____
Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE